IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| AMERICAN ATHEISTS, INC., DENNIS HORVITZ, KENNETH BRONSTEIN, MARK PANZARINO, and JANE EVERHART,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY, STATE OF NEW JERSEY, GOVERNOR CHRIS CHRISTIE, in his official capacity, SILVERSTEIN PROPERTIES, INC., LOWER MANHATTAN DEVELOPMENT CORPORATION, WORLD TRADE CENTER MEMORIAL FOUNDATION/NATIONAL SEPTEMBER 11 MEMORIAL AND MUSEUM, WORLD TRADE CENTER PROPERTIES, LLC, CHURCH OF THE HOLY NAME OF JESUS, and BRIAN JORDAN,<br><br>　　　　　Defendants.<br>_____/ | Civil Action No. _____<br><br>**(Main Action Pending in the United States District Court for the Southern District of New York, No. 1:11-cv-06026-DAB)** |

**NON-PARTY FR. BRIAN JORDAN'S MOTION TO QUASH RULE 45 SUBPOENAS**

Fr. Brian Jordan ("Fr. Jordan"), by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 45(c), moves to quash the subpoenas purportedly served on him by Plaintiffs American Atheists, Inc., *et al.*, in the matter pending in the United States District Court for the Southern District of New York.  The subpoenas should be quashed because they were not properly served on Fr. Jordan, a non-party, and because the subpoenas do not provide a reasonable time to comply and create an undue

burden for Fr. Jordan. In support of this motion, Fr. Jordan submits the accompanying memorandum of law, detailing how the subpoenas at issue should be quashed under Federal Rule of Civil Procedure 45(c)(3)(A)(i), (iv) and for failure to comply with the service requirement of Federal Rule of Civil Procedure 45(b)(1).

The undersigned counsel for Fr. Jordan has attempted in good faith to resolve the issues raised in this motion but were unsuccessful. A Rule 104.7 certificate summarizing those efforts accompanies this motion. Furthermore, pursuant to Local Rule 105.6, Fr. Jordan respectfully requests a hearing on this matter.

Dated: May 9, 2012

Respectfully submitted,

Matthew J. Dowd
Megan Brown
Karin Hessler
WILEY REIN, LLP
1776 K Street, NW
Washington, D.C. 20006
202-719-7000; 202-719-7049(fax)
mdowd@wileyrein.com
mbrown@wileyrein.com
khessler@wileyrein.com

*Counsel for Non-Party Fr. Brian Jordan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of May 2012, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and was served by first-class mail and e-mail on the following:

Danielle Marie Mathey
Mathew J. Mari, Attorney At Law
225 Broadway
New York, NY 10007
matheylawoffice@qwestoffice.net

Edwin F. Kagin
Edwin F. Kagin, Attorney at Law
P.O. Box 666,
10742 Sedco Drive
Union, KY 41091
ekagin@atheists.org

Jonathan Thomas Trexler
Wong, Wong & Associates, P.C.
150 Broadway
Suite 1588
New York, NY 10038
jtrexler@wongwonglaw.com
*Counsel for Plaintiffs*

Megan Lee
Port Authority of New York and New Jersey
225 Park Ave. South
New York, NY 10003
mlee@panynj.gov

*Counsel for Defendant Port Authority of New York and New Jersey*

Mark Howard Alcott
Gerard E. Harper
Hannah Suzanne Sholl
Paul Andrew Paterson
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
gharper@paulweiss.com
hsholl@paulweiss.com
malcott@paulweiss.com
ppaterson@paulweiss.com

*Counsel for Defendant World Trade Center Memorial Foundation/National September 11 Memorial And Museum*

Karin Hessler

13445466.1